IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL ANTON HERNANDEZ, | ) | 4:09CV3070 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT P. HOUSTON, Director, | ) | |
| and FRED BRITTEN, Warden | ) | |
| T.S.C.I., | ) | |
| | ) | |
| Respondents. | ) | |

    This matter is before the court on Petitioner's Motion for Reconsideration (filing no. 50) and Supplemental Motion for Reconsideration (filing no. 52). Also pending is Petitioner's Motion for Bail. (Filing No. 49.)

    In his motions for reconsideration, Petitioner seeks reconsideration of the court's December 22, 2009, Memorandum and Order (filing no. 47) that dismissed Petitioner's Petition for Writ of Habeas Corpus with prejudice. The court has carefully reviewed the record and finds no good cause to reconsider its previous Memorandum and Order.

    IT IS THEREFORE ORDERED that: Petitioner's Motion for Reconsideration (filing no. 50) and Supplemental Motion for Reconsideration (filing no. 52) are denied. Accordingly, Petitioner's Motion for Bail (filing no. 49) is denied as moot.

January 21, 2010.                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Chief United States District Judge